FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 31 2009

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Little Rock_ DIVISION

CASE NO. 1:09CV00039 JLH/HDY

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: _Dewayne Key_
ADC # _110900_

Address: _Newport Complex/Grimes unit 300 Corrections Drive Newport, Ar 72112_

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge _Holmes_
and to Magistrate Judge _Young_

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: _Melvin Nance_

Position: _Doctor_

Place of employment: _Newport Complex Infermery_

Address: _300 Corrections Drive Newport, Ar 72112_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: Newport complex / Grimes Unit 300 Corrections Drive Newport Ar 72112

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain:_____

VI. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _✓_  No ____

B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED

3

COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim (1) I wrote a grievance about my finger not being properly Healed, and also it still being in servere pain. The nurse came to my cell and she didnt even ask to look at it turned and walked away. I felt because me being a black male and the way she Acted I was being discriminated against.

Claim (2) After Doctor Garbutt Removed the pens, I was Refused treatment call serveral times I was in servere pain and the finger did not heal properly.

Claim (3) My finger is still messed up I cant use it, and it hurts all the time.

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

14th Amendment Right
8th Amendment Right

I want $50,000 for Violating my Constitutional Rights.

I want $60,000 for Pain and Suffering.

I want a Jury Trial.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _16_ day of __July__, 20_09_.

Date 7-16-09

_Dewayne Key_
Signature(s) of plaintiff(s)

_Bobby D. Grimes_
Notary Public

BOBBY D. GRIMES
NOTARY PUBLIC-STATE OF ARKANSAS
WHITE COUNTY
My Commission Expires 9-15-2013

MY COMMISSION EXPIRES

# UNIT LEVEL GRIEVANCE FORM (Attachment I) Received/Grievance

Unit/Center **Grimes**

Name **Dewayne Key**

ADC# **110900**   Brks # **Seg**   Job Assignment **Cell-228**

FEB 27 2009
Grimes Unit

**FOR OFFICE USE ONLY**
GRV. # **GR09-00111**
Date Received: **3-2-09**
GRV. Code #: **600**

**2-24-09** (Date) STEP ONE: Informal Resolution

**2-26-09** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: My Index finger is still in Severe pain. Grimes unit is not properly treating my index finger like they should

**2-24-09** (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: My index finger is not properly healed.

Is this Grievance concerning Medical or Mental Health Services? **Yes**  If yes, circle one: **medical** or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I went to the doctor today to have pens removed from my index finger. The pens that was removed from my index finger, did not heal my index finger properly. My index finger is not straight like it's suppose to be and my index finger is still in severe pain.

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAR 31 2009

HEALTH & CORRECTIONAL PROGRAMS

**Dewayne Key**   **2-24-09**
Inmate Signature          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on **2/24/09** (date), and determined to be **Step One** and/or an **Emergency Grievance** (**Yes** or No). This form was forwarded to **medical** or mental health? ___ (**Yes** or No). If yes, name of the person in that department receiving this form: **RN**  Date **2-24**

**Willie Young JR**   **37958**   **Willie Young Jr**   **2/24/09**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: Unit md spoke c orthopedist Finger is healing properly. Tx order had been renewed for 6 weeks.

**[signature]** **2-26-09**       **Dewayne Key** **2-26-09**
Staff Signature & Date Returned       Inmate Signature & Date Received

This form was received on **2-26-09** (date), pursuant to **Step Two**. Is it an Emergency? **Yes** (Yes or No).
Staff Who Received Step Two Grievance: **Sgt Kenny Cantrell**   Date: **2-26-09**
Action Taken: **Forward** (Forwarded to Grievance Officer/Warden/Other) Date: **2-26-09**
If forwarded, provide name of person receiving this form: **Ms Hurst**   Date: **2-26-09**

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: Key, Dewayne     ADC #: 110900A     GRIEVANCE #: GR-09-00111

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(615) You state that the pins removed from your finger did not heal it properly, and that it still hurts.

Review of your record shows that you are receiving Ibuprofen for pain. The report received from the surgeon states that your finger is healing well. Therefore I find your grievance to be without merit. If you have further issues utilize the sick call process.

_____          _____          3-19-09
Signature of Health Services          Title              Date
Administrator/Mental Health
Supervisor or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
MAR 31 2009
HEALTH & CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

The Ibuprofen is not working for pain. I have no feeling in my left index finger. My hand is still in pain as well as my finger being crooked. Requesting second oppinion.

Dewayne Key            110900            3-23-09
Inmate Signature        ADC#              Date

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO: Inmate <u>Key, Dewayne</u>         ADC #: <u>110900A</u>

FROM: <u>Kelley, Wendy L</u>           TITLE: <u>Deputy Director</u>

RE: Receipt of Grievance <u>GR-09-00111</u>   DATE: <u>03/31/2009</u>

Please be advised, the appeal of your grievance dated <u>02/24/2009</u> was received in my office on this date <u>03/31/2009</u>

**You will receive communication from this office regarding this Grievance by <u>05/12/2009</u>, OR,**

**Your grievance appeal is being returned pursuant to Administrative Directive 07-03/Administrative Regulation 835 due to one of the following:**

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
    - ☒ (a) Parole and/or Release matter
    - ☒ (b) Transfer
    - ☒ (c) Job Assignment unrelated to medical restriction
    - ☒ (d) Disciplinary matter
    - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☒ (f) Involves an anticipated event
    - ☒ (g) Request disciplinary action against employee, contractor, or volunteer
    - ☒ (h) Claim for monetary damage
- ☒ You did not send all the proper Attachments:
    - ☒ (a) Unit Level Grievance Form (Attachment 1)
    - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☒ (c) Did not give reason for disagreement with Response on Attachment III or IV
    - ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☒ (e) Unsanitary form(s) or documents received

IGTT430  
3GD

Attachment VI

INMATE NAME: <u>Key, Dewayne</u>     ADC#: <u>110900</u>     GRIEVANCE#:GR-09-00111

CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On February 24, 2009, you grieved that the doctor had removed the pins from your index finger that same day but your finger was not healed and it was still painful.

Documentation reflects on January 21, 2009, Dr. Nance reviewed your January 20, 2009, x-ray report which revealed a displaced fracture of your left second middle phalanx. He ordered Cipro 500mg and Bactrim DS both for forty-two (42) days and referred you to Orthopedic Clinic. You were transported to an outside hospital on January 23, 2009. The doctor noted your fracture and recommended that it be repaired surgically which was completed on February 4, 2009, by the Orthopedic Surgeon, Dr. Garbutt. Dr. Garbutt saw you on February 24, 2009, as a follow-up, noting that your x-rays revealed good alignment and adequate healing, he removed your pins and applied a dressing.

Dr. Nance noted on March 9, 2009, that you were requesting physical/rehabilitation therapy. He consulted with Dr. Garbutt who recommended a discontinuation of your splint/wrap, warm water soaks and use of an exercise ball twice daily for twenty (20) minutes.

On April 14, 2009, Dr. Garbutt saw you and noted that your finger continued to heal, that your x-ray revealed good alignment, that your finger was not deformed, that you complained of numbness in that area. Dr. Garbutt explained the process of regeneration to you and that no further follow-ups were needed.

You were treated as recommended by the specialist and no further referrals have been made at this time. If your finger is still causing discomfort, you should submit a request in order to be re-evaluated. I find your appeal without merit.

_____Wendy Kelley_____     _____5/12/09_____  
           Signature                            Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Grimes
Name: Dewayne Key
ADC#: 110900   Brks #: Seg   Job Assignment: Cell-228

Received/Grievance
MAR 04 2009
Grimes Unit

**FOR OFFICE USE ONLY**
GRV. #: GR09-00120
Date Received: 3-4-09
GRV. Code #: 600

2-26-09 (Date) STEP ONE: Informal Resolution

2-3-09 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I feel I was discriminated against here at the grimes unit.

2-26-09 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: I'm needing medical Attention, my index finger is still in servere pain.

Is this Grievance concerning Medical or Mental Health Services? Yes   If yes, circle one: **medical** or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm Dewayne Key #110900 wrote a grievance about my index finger not being properly healed, and also it still being in servere pain. The nurse here at the grimes unit came to my door with SGT-Cantrel, and she didn't even ask to look at my index finger at all. The Nurse here at the grimes unit turned and walked away from my door. As being a black male, I feel I have been discriminated against here at the grimes unit.

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAR 31 2009

HEALTH & CORRECTIONAL PROGRAMS

Dewayne Key                                2-26-09
Inmate Signature                           Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 2-27-09 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to **medical** or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: Nurse Pettigrew   Date 2/27/09

Kenny Cantrell   38989   Ky Cantrell   2-27-09
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: You are recieving ibu for pain and are being seen daily in treatment code.

Johnson 3-3-09                             Dewayne Key 3-3-09
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on 3-3-09 (date), pursuant to **Step Two**. Is it an Emergency? Yes (Yes or No).
Staff Who Received Step Two Grievance: Kenny Cantrell   Date: 3-3-09
Action Taken: Forward   (Forwarded to **Grievance Officer**/Warden/Other) Date: 3-3-09
If forwarded, provide name of person receiving this form: Ms Hurst   Date: 3-3-09

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: Key, Dewayne        ADC #: 110900A        GRIEVANCE #: GR-09-00120

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(615) You state that you are being discriminated against because when your grievance was answered the nurse did not ask to look at your finger.

Discrimination is against policy. All CMS staff members are trained to follow policy and procedure. You have provided no proof of discrimination. Therefore I find your grievance to be without merit. If you have further issues utilize the sick call process.

_____     _____     3-19-09
Signature of Health Services              Title                   Date
Administrator/Mental Health
Supervisor or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAR 31 2009

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I Dewayne Key #110900 am writing this informal appeal. Because, my left index finger is still in pain and does not feel or appear to be healing properly. I am being denied another oppinion. Therefore this is discrimination.

Dewayne Key                        #110900                    3-23-09
Inmate Signature                   ADC#                        Date

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO: Inmate <u>Key, Dewayne</u>      ADC #: <u>110900A</u>

FROM: <u>Kelley, Wendy L</u>          TITLE: <u>Deputy Director</u>

RE: Receipt of Grievance <u>GR-09-00120</u>     DATE: <u>03/31/2009</u>

Please be advised, the appeal of your grievance dated <u>02/26/2009</u> was received in my office on this date <u>03/31/2009</u>

**You will receive communication from this office regarding this Grievance by <u>05/12/2009</u>, OR,**

**Your grievance appeal is being returned pursuant to Administrative Directive 07-03/Administrative Regulation 835 due to one of the following:**

- [ ] The time allowed for appeal has expired
- [ ] The matter is non-grievable and does not involve retaliation:
    - [ ] (a) Parole and/or Release matter
    - [ ] (b) Transfer
    - [ ] (c) Job Assignment unrelated to medical restriction
    - [ ] (d) Disciplinary matter
    - [ ] (e) Matter beyond the Department's control and/or matter of State/Federal law
    - [ ] (f) Involves an anticipated event
    - [ ] (g) Request disciplinary action against employee, contractor, or volunteer
    - [ ] (h) Claim for monetary damage
- [ ] You did not send all the proper Attachments:
    - [ ] (a) Unit Level Grievance Form (Attachment 1)
    - [ ] (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - [ ] (c) Did not give reason for disagreement with Response on Attachment III or IV
    - [ ] (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - [ ] (e) Unsanitary form(s) or documents received

IGTT430                                                                                              Attachment VI
3GD

INMATE NAME: Key, Dewayne       ADC#: 110900     GRIEVANCE#:GR-09-00120

CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieve on February 26, 2009, the nurse did not ask to look at your finger when she returned the Infirmary response to your Informal Resolution (GR-09-00111); therefore, you accuse her of discrimination.

On February 26, 2009, Nurse Horn responded to your complaint by stating, "Unit MD spoke with orthopedist. Finger is healing properly. Treatment order has been renewed for 6 weeks."

The issue regarding your fractured finger was addressed in GR-09-00111; therefore, you may refer to that response for details.

I find no evidence to support your allegation of discrimination; therefore, your appeal is without merit.

_____                    _____
          Signature                                          Date
       Wendy Kelley                                         5/12/09

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center: Grimes

Name: Dewayne Key

ADC# 110900   Brks # Seg   Job Assignment Cell-228

MAR 04 2009
Grimes Unit

FOR OFFICE USE ONLY
GRV. # GR09-00121
Date Received: 3-4-09
GRV. Code #: 600

2-26-09 (Date) STEP ONE: Informal Resolution

3-3-09 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: I'm not being properly treated by medical at the grimes unit.

2-26-09 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: My index finger is in severe pain an I need medical attention.

Is this Grievance concerning Medical or Mental Health Services? Yes   If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 2-24-09. After the doctor removed pens from my index finger. Here at the Grimes unit I have had no treatment call since coming from the doctor. My index finger hasent properly healed like it should, and I'm still in severe pain. My index finger is crooked. I'm not getting the proper medical Attention here at the grimes unit. This is cruel an unusual punishment.

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAR 31 2009

HEALTH & CORRECTIONAL PROGRAMS

Dewayne Key                              2-26-09
Inmate Signature                         Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 2-26-09 (date), and determined to be Step One and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: P Burnett RN   Date 2/26/09

Kenny Cantrell   38589   Kenny Cantrell   2-26-09
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: TX call restarted 3-1-09.

Thompson 3-3-09                          Dewayne Key 3-3-09
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on 3-3-09 (date), pursuant to Step Two. Is it an Emergency? Yes (Yes or No).
Staff Who Received Step Two Grievance: Sgt Kenny Cantrell   Date: 3-3-09
Action Taken: Forword (Forwarded to Grievance Officer/Warden/Other) Date: 3-3-09
If forwarded, provide name of person receiving this form: Ms Hurst   Date: 3-3-09

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: Key, Dewayne   ADC #: 110900A   GRIEVANCE #: GR-09-00121

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(615) You state that you have not received treatment call since coming back from the doctor's office.

Review of your record shows that the treatment order was renewed on 2/24/09. Treatment was resumed on 3/1/09. We regret any inconvenience that this may have caused you. I find that your grievance had merit but has been resolved. If you have further issues utilize the sick call process.

_____   _____   3-19-09
Signature of Health Services                Title                      Date
Administrator/Mental Health
Supervisor or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAR 31 2009

HEALTH & CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Four days without treatment is still misconduct. Just because papers are not filed. This does not mean medical attention is not needed. The way this finger is handeled now is going to last the rest of my life. Since I am having severe pains in my left hand. I feel this needs further attention and is obviously not resolved. This matter should be treated as chronic care until pain is gone. The finger heals and is back in 100% working condition.

Dewayne Key   #110900   3-23-09
Inmate Signature   ADC#   Date

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO: Inmate <u>Key, Dewayne</u>          ADC #: <u>110900A</u>

FROM: <u>Kelley, Wendy L</u>            TITLE: <u>Deputy Director</u>

RE: Receipt of Grievance <u>GR-09-00121</u>     DATE: <u>03/31/2009</u>

Please be advised, the appeal of your grievance dated <u>02/26/2009</u> was received in my office on this date <u>03/31/2009</u>

**You will receive communication from this office regarding this Grievance by <u>05/12/2009</u>, OR,**

**Your grievance appeal is being returned pursuant to Administrative Directive 07-03/Administrative Regulation 835 due to one of the following:**

- [x] The time allowed for appeal has expired
- [x] The matter is non-grievable and does not involve retaliation:
  - [x] (a) Parole and/or Release matter
  - [x] (b) Transfer
  - [x] (c) Job Assignment unrelated to medical restriction
  - [x] (d) Disciplinary matter
  - [x] (e) Matter beyond the Department's control and/or matter of State/Federal law
  - [x] (f) Involves an anticipated event
  - [x] (g) Request disciplinary action against employee, contractor, or volunteer
  - [x] (h) Claim for monetary damage
- [x] You did not send all the proper Attachments:
  - [x] (a) Unit Level Grievance Form (Attachment 1)
  - [x] (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - [x] (c) Did not give reason for disagreement with Response on Attachment III or IV
  - [x] (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - [x] (e) Unsanitary form(s) or documents received

IGTT430  
3GD

Attachment VI

INMATE NAME: <u>Key, Dewayne</u>     ADC#: <u>110900</u>     GRIEVANCE#:GR-09-00121

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On February 26, 2009, you grieved you had not been seen at treatment call since February 24, 2009.

Your issue was addressed at the unit level during Steps 1 and 2 of the grievance process. Jennifer Horn, Grievance Nurse, agreed that your treatment calls had been missed; however, they were restarted on March 1, 2009. Your grievance was found with merit on March 19, 2009. You filed your appeal on March 24, 2009, alleging misconduct and stating you felt that your condition should be monitored through Chronic Care Clinic until your pain had resolved and your finger was in 100% working condition.

You have been treated as recommended by the specialist and your condition does not warrant the need for monitoring through Chronic Care Clinic. I find no evidence of misconduct and your appeal is without merit.

_____Wendy Kelley_____     _____5/12/09_____  
Signature                                          Date